_____ RECEIVED
_____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 23 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:97-CR-087-PMP-LRL |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| EDWARD ALLEN CHAMBERS | ) |
| | ) |
| Defendant. | ) |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#20) on November 23, 1998. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| | |
|---|---|
| TOM LILLEY | 16,905.00 |
| KEITH MICKELSON | 17,500.00 |
| ALAMO RENT A CAR | 32,000.00 |
| CECIL L OR EDITH JOY WORTHEN | 20,000.00 |
| BRIAN MEYERS AND RANDY MEYERS | 25,000.00 |
| JOHN FRANCIS/JACQUELINE ANNE CIMINO | 21,000.00 |

| | |
|---|---:|
| REZA G/MARZIEH V SALIMAN | 12,000.00 |
| MOE NEJAD | 13,500.00 |
| LAURA M BERLINGHERI | 1,800.00 |
| JOE BELINGHERI | 13,000.00 |
| UNKNOWN VICTIMS | 45.00 |

**Total Amount of Restitution ordered:** $172,750.00**

**Joint and Several with James Jackson and John Pucci

Dated this _____*19*_____ day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE